|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| 11 | ANTQUAN DURPREE CLAY, | No. ED CV 15-2395-GHK (DFM) |
| 12 | Plaintiff, | |
| 13 | v. | Order Accepting Report and Recommendation of United States Magistrate Judge |
| 14 | COUNTY OF SAN BERNARDINO et al., | |
| 15 | | |
| 16 | Defendants. | |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the parties' motion and opposition papers, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. None of the parties have filed objections to the Report and Recommendation.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted.
2. Defendants' motion to dismiss is denied.

///

///

3. Defendants Harris and Foxwell are ordered to answer the FAC within fourteen (14) days from the date of this Order.

Dated: 9/28/16

_____
GEORGE H. KING
United States District Judge