I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

| TO: | DATE: | DEPUTY CLERK: |
| --- | --- | --- |
| Plaintiff | 7/31/2018 | N. Boehme |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 15-02395-AG (DFM) | Date | July 31, 2018 |
| --- | --- | --- | --- |
| Title | Antquan Durpree Clay v. San Bernardino County et al. | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute

Central District Local Rule 41-6 requires Plaintiff to keep the Court apprised of his current address and warns that the Court may dismiss an action for want of prosecution if a party fails to notify the Court in writing of his current address. Twice, Plaintiff has attempted to change his address to "homeless." See Dkts. 80, 84. Both times, the Court warned Plaintiff that even parties proceeding in forma pauperis like Plaintiff are required to maintain a current address to avoid the risk that a party will not receive the Court's orders or documents filed by opposing parties. See Dkts. 81, 85. On June 20, 2018, the Court ordered Plaintiff to provide a current address to the Corut within fourteen days and "expressly warned [Plaintiff] that failure to notify the Court of a current address may result in a recommendation to the District Judge that this case be dismissed with or without prejudice for lack of prosecution." Dkt. 85. Plaintiff has failed to comply with Rule 41-6.

**IT IS THEREFORE ORDERED that Plaintiff show cause within twenty-one (21) days of the date of this order why his action should not be dismissed without prejudice for failure to comply with Local Rule 41-6 and/or for failure to prosecute.** Notice to the Court of a current address shall be deemed a sufficient response to this order. If Petitioner does not timely comply with this Court's order to show cause, the Court will recommend that the action be dismissed without prejudice for Plaintiff's failure to prosecute. The Clerk is directed to serve by U.S. Mail a copy of this order on Plaintiff's most recent address of record, 1245 N. Mount Vernon Ave. Apt 10, Colton, California.

___ : ___

Initials of Preparer nb