|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| EASTERN DIVISION | |

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>　　　　　Defendants. | No. ED CV 15-02395-AG (DFM)<br><br>ORDER ACCEPTING REPORTS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the two Reports and Recommendations (Dkt. 105 and 110) of the assigned United States Magistrate Judge. No objections to the Reports and Recommendations were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

///
///
///
///

IT IS THEREFORE ORDERED that:

1. The Magistrate Judge's Reports and Recommendations are approved and accepted.

2. Defendants' motion for summary judgment is GRANTED.

3. Judgment shall be entered dismissing this case with prejudice as to Defendants Foxwell and Harris and without prejudice as to Defendant Lang.

Date: December 13, 2019

ANDREW J. GUILFORD
United States District Judge