JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DURPREE CLAY,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY, et al.,<br><br>Defendants. | No. ED CV 15-02395-AG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action is dismissed with prejudice as to Defendants Foxwell and Harris and without prejudice as to Defendant Lang for failure to prosecute.

Dated: December 13, 2019

ANDREW J. GUILFORD
United States District Judge